**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: STOLTENBERG, JAMES WEBSTER § Case No. 10-74526 |
| STOLTENBERG, DEBORAH JO § |
| § |
| Debtor(s) § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 04/04/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____   By: ___/s/ STEPHEN G. BALSLEY_____
                                                                          Trustee

STEPHEN G. BALSLEY  
6833 STALTER DRIVE  
ROCKFORD, IL  61108  
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: STOLTENBERG, JAMES WEBSTER | § | Case No. 10-74526 |
| STOLTENBERG, DEBORAH JO | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $     7,432.21

*and approved disbursements of*   $           0.00

*leaving a balance on hand of*  [1]   $     7,432.21

**Balance on hand:**   $     7,432.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:   $      7,432.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,493.22 | 0.00 | 1,493.22 |

Total to be paid for chapter 7 administration expenses:   $      1,493.22
Remaining balance:   $      5,938.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:   $      5,938.99

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,938.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,234.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 3,978.44 | 0.00 | 420.17 |
| 2 | Discover Bank | 10,561.89 | 0.00 | 1,115.44 |
| 3 | Discover Bank | 8,597.98 | 0.00 | 908.04 |
| 4 | PYOD LLC its successors and assigns as assignee of | 214.90 | 0.00 | 22.70 |
| 5 | Genesis Bankcard Services, Inc. | 6,750.97 | 0.00 | 712.97 |
| 6 | Main Street Acquisitions Corp., assignee | 5,505.69 | 0.00 | 581.46 |
| 7 | Fia Card Services, NA/Bank of America | 20,625.00 | 0.00 | 2,178.21 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,938.99 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
James Webster Stoltenberg  
Deborah Jo Stoltenberg  
    Debtors

Case No. 10-74526-MB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: cbachman     Page 1 of 2     Date Rcvd: Mar 15, 2011  
                      Form ID: pdf006     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2011.

```
db/jdb     +James Webster Stoltenberg,   Deborah Jo Stoltenberg,    824 Shawnee Drive,
             Lake in the Hills, IL 60156-1531
aty        +Erick  J Bohlman,    Bohlman Law Offices, PC,    780 McArdle Dr.,   Unit F,
             Crystal Lake, IL 60014-8155
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
16118065   +Amcore Bank N A,    501 7th St,   Rockford, IL 61104-1299
16118066   +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16118067    Baker & Miller, PC,    29 N. Wacker Drive,    5th Floor,   Chicago, IL 60606-2854
16118069   +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16118070   +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16565068    Genesis Bankcard Services, Inc.,    Quantum3 Group Llc,    Po Box 788,   Kirkland, WA  98083-0788
16118074   +Genesis Financial Solu,    Po Box 4865,    Beaverton, OR 97076-4865
16118075   +Harris,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
16118076   +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
16528041   +Main Street Acquisitions Corp,    PO Box 3001,    Malvern, PA 19355-0701
16625799    Main Street Acquisitions Corp., assignee,    of HSBC CARD SERVICES (III) INC.,
             c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16118078   +Main Street Acquisiton,    3950 Johns Creek Ct Ste,    Suwanee, GA 30024-1296
16118079   +Mrs Bpo Llc,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
16514264   +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16118083   +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
16118084   +TCF Bank,    500 Joliet Road,    Willowbrook, IL 60527-5618
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16307944    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2011 00:21:41
             American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
             Oklahoma City, OK   73124-8840
16118071   +E-mail/Text: clerical.department@yahoo.com Mar 15 2011 23:45:24      Creditors Collection B,
             755 Almar Pkwy,    Bourbonnais, IL 60914-2392
16312438    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 16 2011 00:42:30      Discover Bank,
             Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16118072   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 16 2011 00:42:30      Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16679216    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2011 00:21:41
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK   73124-8809
16565068    E-mail/Text: bnc-genesis@quantum3group.com Mar 16 2011 00:52:39
             Genesis Bankcard Services, Inc.,    Quantum3 Group Llc,    Po Box 788,   Kirkland, WA  98083-0788
16118077   +E-mail/PDF: cr-bankruptcy@kohls.com Mar 16 2011 00:11:55      Kohls,    Attn: Recovery Dept,
             Po Box 3120,    Milwaukee, WI 53201-3120
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16118068*    Baker & Miller, PC,    29 N. Wacker Drive,    5th Floor,   Chicago, IL 60606-2854
16118073*   +Discover Fin,    Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16118080*   +Mrs Bpo Llc,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
16118081*   +Mrs Bpo Llc,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
16118082*   +Mrs Bpo Llc,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
16118085*   +TCF Bank,    500 Joliet Road,    Willowbrook, IL 60527-5618
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: Mar 15, 2011
                              Form ID: pdf006          Total Noticed: 25

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2011**                 **Signature:**    *Joseph Speetjens*