# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: STOLTENBERG, JAMES WEBSTER § Case No. 10-74526
       STOLTENBERG, DEBORAH JO       §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $194,637.00 *(without deducting any secured claims)* | Assets Exempt: $51,411.00 |
| Total Distribution to Claimants: $5,938.99 | Claims Discharged Without Payment: $116,873.88 |
| Total Expenses of Administration: $1,493.22 | |

3) Total gross receipts of $ 7,432.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,432.21 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $206,118.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,493.22 | 1,493.22 | 1,493.22 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 102,338.00 | 56,234.87 | 56,234.87 | 5,938.99 |
| **TOTAL DISBURSEMENTS** | $308,456.00 | $57,728.09 | $57,728.09 | $7,432.21 |

   4) This case was originally filed under Chapter 7 on September 10, 2010. The case was pending for 11 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/26/2011          By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with TCF Bank, Lake in the Hill | 1129-000 | 7,432.00 |
| Interest Income | 1270-000 | 0.21 |
| **TOTAL GROSS RECEIPTS** | | **$7,432.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris N.a. | 4110-000 | 5,794.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 179,199.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 21,125.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$206,118.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,493.22 | 1,493.22 | 1,493.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,493.22 | 1,493.22 | 1,493.22 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | 3,978.00 | 3,978.44 | 3,978.44 | 420.17 |
| 2 | Discover Bank | 7100-000 | 10,561.00 | 10,561.89 | 10,561.89 | 1,115.44 |
| 3 | Discover Bank | 7100-000 | 8,597.00 | 8,597.98 | 8,597.98 | 908.04 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 204.00 | 214.90 | 214.90 | 22.70 |
| 5 | Genesis Bankcard Services, Inc. | 7100-000 | 6,750.00 | 6,750.97 | 6,750.97 | 712.97 |
| 6 | Main Street Acquisitions Corp., assignee | 7100-000 | 5,670.00 | 5,505.69 | 5,505.69 | 581.46 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 20,625.00 | 20,625.00 | 2,178.21 |
| NOTFILED | Kohls | 7100-000 | 855.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris | 7100-000 | 288.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrs Bpo Llc | 7100-000 | 17,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrs Bpo Llc | 7100-000 | 16,630.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrs Bpo Llc | 7100-000 | 13,321.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrs Bpo Llc | 7100-000 | 16,317.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 192.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank N A | 7100-000 | 1,950.00 | N/A | N/A | 0.00 |

| TOTAL GENERAL UNSECURED CLAIMS | 102,338.00 | 56,234.87 | 56,234.87 | 5,938.99 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74526  
**Case Name:** STOLTENBERG, JAMES WEBSTER  
STOLTENBERG, DEBORAH JO  
**Period Ending:** 07/26/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/10/10 (f)  
**§341(a) Meeting Date:** 10/18/10  
**Claims Bar Date:** 01/19/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 824 Shawnee Drive Lake in the Hills, IL 60156 | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash with debtors | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with TCF Bank, Lake in the Hill | 9,082.00 | 7,432.00 | DA | 7,432.00 | FA |
| 4 | Savings account with Corporate America Credit Un | 600.00 | 0.00 | DA | 0.00 | FA |
| 5 | Mutual Fund with MetLife, Inc., New York, NY | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. household goods with debtors | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. books and CD's with debtors | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. clothes with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. hobby and sports equipment with debtors | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Whole life insurance with Prudential Financial, | 5,470.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA with Prudential Financial, Inc., Newark, NJ | 1,448.00 | 0.00 | DA | 0.00 | FA |
| 12 | IRA with Prudential Financial, Inc., Newark, NJ | 4,187.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2004 Chrysler Pacifica with 92,000 miles | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1990 Buick Century with 150,000 miles | 600.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.21 | FA |
| 15 | **Assets** **Totals** (Excluding unknown values) | **$194,637.00** | **$7,432.00** | | **$7,432.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   January 19, 2011       **Current Projected Date Of Final Report (TFR):**   February 10, 2011  (Actual)

Printed: 07/26/2011 03:22 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74526  
**Case Name:** STOLTENBERG, JAMES WEBSTER  
STOLTENBERG, DEBORAH JO  
**Taxpayer ID #:** **-***9862  
**Period Ending:** 07/26/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******57-65 - Money Market Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/10 | {3} | James Stoltenberg | Non-exempt proceeds from checking account | 1129-000 | 7,432.00 | | 7,432.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 7,432.02 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,432.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,432.14 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,432.20 |
| 02/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 7,432.21 |
| 02/10/11 | | To Account #9200******5766 | Transfer funds from MMA to Checking Account | 9999-000 | | 7,432.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **7,432.21** | **7,432.21** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 7,432.21 | |
| | | | **Subtotal** | | **7,432.21** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,432.21** | **$0.00** | |

{} Asset reference(s)

Printed: 07/26/2011 03:22 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-74526  
**Case Name:** STOLTENBERG, JAMES WEBSTER  
STOLTENBERG, DEBORAH JO  
**Taxpayer ID #:** **-***9862  
**Period Ending:** 07/26/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******57-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/11 | | From Account #9200******5765 | Transfer funds from MMA to Checking Account | 9999-000 | 7,432.21 | | 7,432.21 |
| 04/04/11 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,493.22, Trustee Compensation; Reference: | 2100-000 | | 1,493.22 | 5,938.99 |
| 04/04/11 | 102 | American Infosource Lp As Agent for | Dividend paid 10.56% on $3,978.44; Claim# 1; Filed: $3,978.44; Reference: | 7100-000 | | 420.17 | 5,518.82 |
| 04/04/11 | 103 | Discover Bank | Dividend paid 10.56% on $10,561.89; Claim# 2; Filed: $10,561.89; Reference: | 7100-000 | | 1,115.44 | 4,403.38 |
| 04/04/11 | 104 | Discover Bank | Dividend paid 10.56% on $8,597.98; Claim# 3; Filed: $8,597.98; Reference: | 7100-000 | | 908.04 | 3,495.34 |
| 04/04/11 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 10.56% on $214.90; Claim# 4; Filed: $214.90; Reference: | 7100-000 | | 22.70 | 3,472.64 |
| 04/04/11 | 106 | Genesis Bankcard Services, Inc. | Dividend paid 10.56% on $6,750.97; Claim# 5; Filed: $6,750.97; Reference: | 7100-000 | | 712.97 | 2,759.67 |
| 04/04/11 | 107 | Main Street Acquisitions Corp., assignee | Dividend paid 10.56% on $5,505.69; Claim# 6; Filed: $5,505.69; Reference: | 7100-000 | | 581.46 | 2,178.21 |
| 04/04/11 | 108 | Fia Card Services, NA/Bank of America | Dividend paid 10.56% on $20,625.00; Claim# 7; Filed: $20,625.00; Reference: | 7100-000 | | 2,178.21 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,432.21 | 7,432.21 | $0.00 |
| | | | Less: Bank Transfers | | 7,432.21 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,432.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $7,432.21 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******57-65** | 7,432.21 | 0.00 | 0.00 |
| **Checking # 9200-******57-66** | 0.00 | 7,432.21 | 0.00 |
| | $7,432.21 | $7,432.21 | $0.00 |

{} Asset reference(s)  
Printed: 07/26/2011 03:22 PM   V.12.57